IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 AUG -8 AM 11: 26
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

BEVERLY MILLER,

    Plaintiff,

vs.                    Civil No. **04-2583 MaV**

ANTHONY J. PRINCIPI, SECRETARY,
DEPARTMENT OF VETERANS
AFFAIRS

    Defendant.

## ORDER

This matter having come before the Court, upon motion of the Plaintiff for a forty-five (45) day extension of time to Designate Expert Witness and All Other Deadlines to be continued through their present date, and the Court being advised that there is no opposition to said motion, the Court finds that said motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that an extension of forty-five (45) days is granted up to and including September 14, 2005.

**ORDERED** this the ___8th___ day of August, 2005.

_____
U.S. ~~District~~ Judge
Magistrate

1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CV-02583 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Harriett Miller Halmon
167 North Main, Suite 800
Memphis, TN 38103

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable Samuel Mays
US DISTRICT COURT