IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 OCT 27 PM 4: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

BEVERLY MILLER,

    Plaintiff,

VS.                                      NO. 04-2583-MaV

ANTHONY J. PRINCIPI,
Secretary of Dept. of
Veterans Affairs,

    Defendant.

---

ORDER GRANTING MOTION TO CONTINUE STATUS CONFERENCE

---

Before the court is the October 26, 2005, joint motion of the parties to reset the status conference which was set on October 26, 2005. For good cause shown, the motion is granted. The status conference is **reset** to **Wednesday, November 30, 2005, at 1:30 p.m.**

It is so ORDERED this 26th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-28-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-02583 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

---

Harriett Miller Halmon
167 North Main, Suite 800
Memphis, TN 38103

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable Samuel Mays
US DISTRICT COURT