IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BEVERLY MILLER,

    Plaintiff,

VS.   NO. 04-2583-Ma

DEPARTMENT OF VETERANS AFFAIRS, ET AL.,

    Defendants.

## ORDER AMENDING SCHEDULE

At the request of the parties, a telephone status conference was held on December 5, 2005. Participating on behalf of the plaintiff was Kathleen Caldwell. Participating on behalf of defendant was Harriett Halmon. After discussion with counsel and for good cause shown, the court amended the schedule as follows:

1. The deadline for completing mediation is January 31, 2006.

2. Plaintiff will be allowed to take one more expert deposition and that deposition will be taken by February 28, 2006.

3. The deadline for filing potentially dispositive motions is March 31, 2006.

4. The parties shall submit a proposed joint pretrial order by 5:00 p.m. on June 16, 2006.

5. A pretrial conference will be held on Friday, June 23, 2006, at 9:00 a.m.

6. The jury trial is **reset** to Wednesday, July 5, 2006, at 9:30 a.m. and is expected to take 3 days.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 14th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:04-CV-02583 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Harriett Miller Halmon
167 North Main, Suite 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT